1 | BENJAMIN B. WAGNER
United States Attorney
2 | KATHLEEN A. SERVATIUS
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5 |

6 | Attorneys for Plaintiff
United States of America
7 |

8 |

        IN THE UNITED STATES DISTRICT COURT
9 |
        EASTERN DISTRICT OF CALIFORNIA
10 |

11 | UNITED STATES OF AMERICA,              CASE NO.  1:04-CR-05278-AWI-7

12 |                        Plaintiff,      STIPULATION AND ORDER FOR
                                           FURTHER BRIEFING SCHEDULE
13 |              v.

14 | ROBERTO VELASQUEZ ACOSTA,

15 |                        Defendant.

16 |

17 |        The defendant in this case, Roberto Velasquez Acosta, filed a pro se motion to reduce his

18 | sentence pursuant to Title 18, United States Code, Section 3582(c)(2).  The motion was referred to the

19 | Office of the Federal Defender pursuant to General Order No. 546.  John Balazs has been appointed to

20 | represent Mr. Acosta.  The parties have agreed to the following briefing schedule:  Counsel for the

21 | defendant shall have until November 9, 2015 to supplement the pro se motion filed in this case, the

22 | government shall have until November 23, 2015 to respond, and the defendant shall have until

23 | ///

24 | ///

25 | //

26 | ///

27 | ///

28 | ///

STIPULATION/ORDER FOR BRIEFING SCHEDULE AS TO
DEFENDANT'S MOTION SENTENCE REDUCTION

1   December 7, 2015 to file a reply.  Should the Court determine that a hearing is warranted, one will be set

2   by the Court.

3   Dated: November 3, 2015                          BENJAMIN B. WAGNER
                                                     United States Attorney
4

5                                                    /s/ *Kathleen A. Servatius*
                                                     KATHLEEN A. SERVATIUS
6                                                    Assistant United States Attorney

7
    Dated:  November 3, 2015
8

9                                                    /s/ *John Balazs*
                                                     JOHN BALAZS
10                                                   Attorney for Defendant

11

12  IT IS SO ORDERED.

13  Dated:   November 3, 2015             _____

14                                            SENIOR  DISTRICT  JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION/ORDER FOR BRIEFING SCHEDULE AS TO
DEFENDANT'S MOTION SENTENCE REDUCTION